**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| James M. Morgan II, | **Case No.: 08-cv-6094 PAM/JSM** |
| Plaintiff, | |
| vs. | **ORDER** |
| Allied Interstate, Inc., | |
| Defendant. | |

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                          **BY THE COURT**

Dated: November 10, 2009                s/Paul A. Magnuson
                                                        The Honorable Paul A. Magnuson
                                                        Judge of United States District Court